| Prob 22 (2/98) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran Court) 4:01-cr-00113-001 |
|---|---|---|
| | | DOCKET NUMBER (Rec Court) 2:22-cr-00269-JCM-EJY |

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE:<br><br>Donald Michael Hutman | DISTRICT<br>Southern Iowa | DIVISION<br>United States Probation Office |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Sentencing Judge: Harold D. Vietor<br>Senior U.S. District Judge<br><br>Currently assigned to: Stephanie M. Rose<br>Chief U.S. District Judge | |
| | DATES OF PROB/TSR RELEASE | FROM 02/05/2020 — TO 02/04/2028 |

OFFENSE
21 U.S.C. §§ 846 and 841(b)(1)(B) – Conspiracy to Distribute Methamphetamine, a Schedule II controlled Substance

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF IOWA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **District of Nevada** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____November 21, 2022_____                 _____/s/ Stephanie M. Rose_____
Date                                              Chief United States District Judge

* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF NEVADA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____December 5, 2022_____                 _____/s/ James C. Mahan_____
Date                                              United States District Judge

# UNITED STATES PROBATION OFFICE
# DISTRICT OF NEVADA
# MEMORANDUM

RE: Donald Michael Hutman

Case No.: 4:01CR00113

REQUESTING ACCEPTANCE OF JURISDICTION

November 30, 2022

TO:   UNITED STATES DISTRICT JUDGE

On October 22, 2002, Donald Hutman was sentenced in the Southern District of Iowa to 121 months imprisonment followed by eight years supervised release for committing the offense of Conspiracy to Distribute Methamphetamine. On February 5, 2020, Hutman commenced his supervised release term in the Southern District of Iowa. On April 2, 2021, case was approved for transfer to the District of Nevada.

Hutman has maintained a stable residence and gained employment since commencement of supervision and has advised this officer that he has no plans to return to the Southern District of Iowa. To expeditiously address any matters that may require the Court's attention, it is recommended the United States District Court for the District of Nevada accept jurisdiction of this case. As noted by the signature on the attached Transfer of Jurisdiction form (Prob 22), the presiding U.S. District Judge in Southern District of Iowa has agreed to relinquish jurisdiction. Should the Court agree with this request, the applicable Transfer of Jurisdiction form 22 is attached for Your Honor's review and signature.

Respectfully submitted,

Digitally signed by Donnette Johnson
Date: 2022.11.30 16:22:25 -08'00'

Donnette Johnson
Senior United States Probation Officer

Approved:

Digitally signed by Brian Blevins
Date: 2022.11.30 16:19:10 -08'00'

Brian Blevins
Supervisory United States Probation Officer